THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR J. LYNCH, Respondent. *v.* WILLIAM LAUGHLIN, as Mayor of the City of Niagara Falls, et al., Appellants.

(Argued January 5, 1931; decided January 13, 1931.)

*Augustus Thibaudeau* for motion.

*George W. Knox* opposed.

Motion granted and appeal dismissed, with costs and. ten dollars costs of motion.

SUMMERS LUMBER AND SUPPLY CORPORATION, Respondent, *v.* J. S. BARBARA CONSTRUCTION CORPORATION et al., Defendants.

PROVIDENT MORTGAGE CORPORATION, Appellant, and H. CLAY WALDMAN, INC., et al., Respondents.

(Submitted January 5, 1931; decided January 13, 1931.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 255 N. Y. 525.)